UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**REQUEST FOR CHANGE OF ADDRESS**

CASE NAME:  Chanler Jordan Bailey

CASE NO.: 23-54268 JUDGE:   PMB   CHAPTER: 13

CHANGE FOR

DEBTOR  X  CREDITOR _____ ATTORNEY _____(for) Debtor _____Creditor _____

NOTE: (For Attorneys Only) IF MORE THAN ONE CASE, PLEASE ATTACH LIST.

| | |
|---|---|
| EFFECTIVE DATE OF CHANGE: | June 8, 2023 |
| BAR I.D. NUMBER: | 292187 |
| NAME: | Chanler Jordan Bailey |
| NEW ADDRESS: | 1711 Concepts 21 Dr. |
| | Norcross GA 30092 |

**************************************************************************

| | |
|---|---|
| NAME: | Chanler Jordan Bailey |
| OLD ADDRESS: | 400 Ashwood Ave |
| | Atlanta, GA 30315 |

THIS CHANGE OF ADDRESS WAS FURNISHED BY:

Aaron M. Weinberg_____/s/

DATE: June 8th, 2023